E-FILED
Monday, 20 August, 2018  03:23:40 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED

AUG 2 0 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br><br>John H. Born<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

18-MJ- 7144

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 13, 2018_____ in the county of _____Macon_____ in the

_____Central_____ District of _____Illinois_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| Title 21, United States Code,<br>Section 841(a)(1) and (b)(1)(A) | Possession with intent to distribute 50 grams or more of methamphetamine |

This criminal complaint is based on these facts:

See affidavit of FBI Task Force Officer Chad Ramey.

☐ Continued on the attached sheet.

s/Chad Ramey

_Complainant's signature_

Chad Ramey, FBI Task Force Officer

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _8/20/2018_ ~~08/16/2018~~

s/Eric I Long

_Judge's signature_

City and state: _____Urbana, Illinois_____

ERIC I. LONG, U.S. Magistrate Judge

_Printed name and title_

## AFFIDAVIT

I, Chad Ramey, being first duly sworn on oath, depose and state as follows:

## INTRODUCTION

1.      I have been a police officer for the City of Decatur for the past 23 years. During the past 19 years, I have been assigned to the Decatur Police Department Street Crimes Unit.  I am currently assigned as a Task Force Officer with the Federal Bureau of Investigations.  During my employment as a police officer for the City of Decatur, I have conducted or participated in numerous investigations involving narcotics distribution.

2.      This affidavit is made in support of an arrest warrant and criminal complaint charging John H. Born (D.O.B. 12/11/87) (hereinafter referred to as "Born") with possession of 50 grams or more of methamphetamine ("ice") with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

3.      The statements contained in this affidavit are based on my own investigation, information provided by other law enforcement officers, information provided by other witnesses, and my experience and background as a law enforcement officer.  The information contained in this affidavit is not an exhaustive account of everything I know about this case.  Rather, it is only the facts that I believe are necessary to establish probable cause to issue the requested warrant.  If called as a witness to testify, I would testify as follows:

## PROBABLE CAUSE

4.     On 8/13/2018, at approximately 2350 hours, Officer Brent Morey of the Decatur Police Department was on routine patrol in a marked squad car when he observed a motorcycle at 1900 E. Main Street in Decatur, Illinois.  Morey passed the motorcycle and recognized the driver from prior contacts to be John H. Born.  Morey knew Born to have an active arrest warrant through Coles County, Illinois, and an active arrest warrant through Macon County, Illinois.

5.     Morey attempted to conduct a traffic stop on the motorcycle.  Born fled on the motorcycle and refused to stop.  Morey and other officers pursued Born, who was eventually apprehended behind 1468 E. Wood Street in Decatur.  Officers located a loaded black Glock, Model 26, 9mm handgun with serial number VZX631 lying on the ground in close proximity to Born.

6.     Born was searched pursuant to his arrest.  Officers located three separate plastic containers in Born's pants pockets.  Approximately 39 individual plastic bags containing suspected "ice" methamphetamine were found in two of these containers, and the third container held suspected "ice" methamphetamine that was not bagged.  The cumulative weight, with packaging, was approximately 200 grams, and the substance in the containers field-tested positive for methamphetamine.  Born was also in possession of $8,531.00 US currency at the time of his arrest.

7.     During an interview after being advised of his *Miranda* rights, Born admitted to possessing the methamphetamine and stated he has been distributing large amounts of methamphetamine for six months.  Born advised he has obtained and

2

redistributed at least three pounds of methamphetamine within the past month.  Born

also admitted the handgun officers located was his.  He stated he had been in

possession of the handgun while fleeing from police and believed he dropped the

handgun prior to his apprehension.  He advised he had recently purchased the

handgun from an individual in Clinton, Illinois for $400.00, and had done so for his

protection because he has been robbed in the past and believed some associates would

attempt to rob him again.  Born advised he does not have a permanent address because

he believes he needs to be moving from place to place to avoid detection from Law

Enforcement and to protect himself.

FURTHER AFFIANT SAYETH NOT.    s/Chad Ramey

TFO/Detective Chad Ramey
Decatur Police Department
Decatur, Illinois


Subscribed and sworn to before me this    day of August 2018.

s/Eric I Long

ERIC I. LONG
United States Magistrate Judge

3